UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH NEST CAM DEVICE NUMBER 18b430363f913 THAT IS STORED AT PREMISES CONTROLLED BY NEST LABS, INC. <br><br> & <br><br> IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH NEXT CAM DEVICE NUMBER18B4305379CC THAT IS STORED AT PREMISES CONTROLLED BY NEST LABS, INC. | ) DOCKET NO. 3:17MJ235 <br> ) <br> ) ORDER SEALING SEARCH WARRANT, <br> ) APPLICATION, AFFIDAVIT, AND ALL <br> ) ACCOMPANYING DOCUMENTS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, requesting that the Search Warrant, Application for Search Warrant, Affidavit in support of the Search Warrant, and all accompanying documents, along with the government's sealing motion and this Order be sealed until further order of this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation (except for a copy of the Search Warrant and Order of Non-Disclosure only to be served at the premises), and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Search Warrant, Application for Search Warrant, Affidavit in support of the Search Warrant, and accompanying documents, along with the government's Motion to Seal and this Order, shall be sealed and remain sealed until further order of this Court, except that a copy of the Search Warrant and Order of Non-Disclosure only shall be served at the premises to be searched.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

DONE AND ORDERED in Charlotte, North Carolina, on this 29th day of June 2017.

_____
DAVID C. KEESLER,
UNITED STATES MAGISTRATE JUDGE