UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.:   3:17-MJ-235-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>IN THE MATTER OF THE SEARCH OF )<br>INFORMATION ASSOCIATED WITH )<br>NEST CAM DEVICE NUMBER )<br>18b430363f913 THAT IS STORED AT )<br>PREMISES CONTROLLED BY NEST )<br>LABS, INC. )<br>& )<br>IN THE MATTER OF THE SEARCH OF )<br>INFORMATION ASSOCIATED WITH )<br>NEST CAM DEVICE NUMBER )<br>18B4305379CC THAT IS STORED AT )<br>PREMISES CONTROLLED BY NEST )<br>LABS, INC., )<br>)<br>    **Defendant.** )<br>_____ ) | **ORDER TO UNSEAL THE<br>SEARCH WARRANT, AFFIDAVIT<br>AND APPLICATION** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 8) filed February 12, 2018, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina. The government seeks an order directing that the Search Warrant, Affidavit, and Application in the above-captioned case be unsealed;

**IT APPEARING TO THE COURT** that there no longer exists any danger to the attendant investigation in this case;

**IT IS, THEREFORE, ORDERED** that the "Motion To Unseal The Search Warrant, Affidavit And Application" (Document No. 8) is **GRANTED**, and that the Search Warrant, Affidavit and Applicable in the above-captioned case are unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: February 14, 2018

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.